## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Emma Shaw-Camara,<br>     aka Emma Shaw,<br>     aka Emma Camara,<br>     aka Emma Stroud<br>                   Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-12348 MDC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), and index same on the master mailing list.

                                    Respectfully submitted,

                                      **/s/ Matteo S. Weiner, Esquire**
                                      Matteo S. Weiner, Esquire
                                      Thomas Puleo, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322 FAX (215) 627-7734