United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 17-12348-mdc
Emma Shaw-Camara                                                    Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia             Page 1 of 2                  Date Rcvd: Nov 08, 2018
                              Form ID: pdf900            Total Noticed: 21
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
db             +Emma Shaw-Camara,    6025 Walton Avenue,    Philadelphia, PA 19143-2307
13936892       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13947356        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13912874       +ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
13894917        Wells Fargo Auto,    PO Box 29704,    Phoenix, AZ 85038-9704
13906339        Wells Fargo Bank N.A., dba Wells Fargo Dealer Se,    PO Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 09 2018 02:47:25     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 09 2018 02:46:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 09 2018 02:47:13     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: blegal@phfa.org Nov 09 2018 02:47:03     Pennsylvania Housing Finance Agency,
                 211 N. Front Street,    Harrisburg, PA  17101,    U.S.A. 17101-1406
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2018 02:49:36     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13952684       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2018 03:00:23
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
13989680        E-mail/Text: megan.harper@phila.gov Nov 09 2018 02:47:25     City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13968233        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 09 2018 02:49:13
                 LVNV Funding LLC C/O Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
13957197       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 09 2018 02:47:00     MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
13894916        E-mail/Text: blegal@phfa.org Nov 09 2018 02:47:03     PHFA,    211 North Front Street,
                 PO Box 8029,    Harrisburg, PA 17105
13957554        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2018 03:00:08
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13899506       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2018 02:49:13
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13942084       +E-mail/Text: blegal@phfa.org Nov 09 2018 02:47:03     Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
13961968        E-mail/Text: bnc-quantum@quantum3group.com Nov 09 2018 02:46:43
                 Quantum3 Group LLC as agent for,    Galaxy International Purchasing LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13925058       +E-mail/Text: bncmail@w-legal.com Nov 09 2018 02:47:08     TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Virginia             Page 2 of 2                  Date Rcvd: Nov 08, 2018
                              Form ID: pdf900            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:

              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY). bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY). bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY). bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              ZACHARY  PERLICK    on behalf of Debtor Emma  Shaw-Camara Perlick@verizon.net,
               pireland1@verizon.net
                                                                                             TOTAL: 7

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EMMA SHAW-CAMARA                                    Chapter 13

                    Debtor            Bankruptcy No. 17-12348-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___8th___ day of ___November___, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

Debtor:
EMMA SHAW-CAMARA

6025 WALTON AVENUE

PHILADELPHIA, PA 19143